# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# DOCKET NO. 5:08-CR-207-1D

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Thomas Darrell Webster** | ) | |
| | ) | |
| | ) | |

On January 27, 2009, Thomas Darrell Webster appeared before the Honorable James C. Dever III, Chief U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition was sentenced to the custody of the Bureau of Prisons for a term of 84 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Thomas Darrell Webster was released from custody and the term of supervised release commenced on April 12, 2016.

From evidence presented at the revocation hearing on September 13, 2017, the court finds as a fact that Thomas Darrell Webster, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. The offender has absconded from supervision.
2. Failure to report to the probation officer as directed by the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 6 months. This sentence is to be served consecutively to any other sentence that is being served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 13th day of September, 2017.

James C. Dever III
Chief U.S. District Judge